**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-cv-01258-JLK

SERENA G. SWIGERT,

       Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Plaintiff.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**      **APPEARANCES OF COUNSEL**

                For Plaintiff:

                KENNETH J. SHAKESHAFT
                Shakeshaft Law Firm
                1530 S. Tejon St.
                Colorado Springs, CO 80905
                Telephone:  719-635-5886
                office@shakeshaftlawfirm.com

                For Defendant**:**

                JOHN F. WALSH
                United States Attorney

                WILLIAM G. PHARO
                Assistant United States Attorney
                United States Attorney's Office
                District of Colorado

                Debra J. Meachum
                Special Assistant United States Attorney
                1001 17th Street, Sixth Floor
                Denver, Colorado  80202
                Telephone:  (303) 844-1570
                debra.meachum@ssa.gov

                Attorneys for Defendant

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**[1]

   A. Date Complaint Was Filed:  **7/1/02**.
   B. Date Complaint Was Served on U.S. Attorney's Office:  **7/1/02**.
   C. Date Answer and Administrative Record Were Filed:  **3/18/11**.

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   The parties, to the best of their knowledge, state that the administrative record is complete
   and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. **OTHER MATTERS**

   The parties have no other matters to bring to the attention of the court.

8. **BRIEFING SCHEDULE**

   A. Plaintiff's Opening Brief Due**:**        **5/17/11**
   B. Defendant's Response Brief Due**:**       **6/17/11**
   C. Plaintiff's Reply Brief (If Any) Due**:** **7/2/11**

---

[1] Plaintiff's complaint was filed in paper format on July 1, 2002. On January 13, 2003, before the Commissioner filed an answer, the Court granted the Commissioner's motion for voluntary remand pursuant to sentence six of 42 U.S.C. § 405(g) of the Social Security Act. Thus, the Court retains continuing jurisdiction. After remand and completion of supplemental administrative proceedings, the final administrative decision in this case was issued on September 14, 2007. On March 8, 2011, the Court granted the Commissioner's unopposed motion to reopen this case. *See* ECF Docket No. 26.

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    A.   Plaintiff's Statement:  Plaintiff does not request oral argument.
    B.   Defendant's Statement: Defendant does not request oral argument**.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.   (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.   (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 7th day of April, 2011.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

s/Kenneth J. Shakeshaft
KENNETH J. SHAKESHAFT
Shakeshaft Law Firm
1530 S. Tejon St.
Colorado Springs, CO 80905
Telephone:  719-635-5886
office@shakeshaftlawfirm.com

**For Defendant:**

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

s/Debra J. Meachum
Debra J. Meachum
Special Assistant United States Attorney
1001 17th Street, Sixth Floor
Denver, Colorado  80202
Telephone:  (303) 844-1570
debra.meachum@ssa.gov